**FILED** JUN - 4 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

**ENTERED** JUN - 5 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                    )    Bk. No. LA01-16136BR
    EXPRESS.COM, INC.            )
                                         )
                                         )    ORDER DENYING REQUEST FOR
                                         )    RELEASE OF UNCLAIMED FUNDS
                                         )    (28 U.S.C. Section 2042,
    Debtor (s)                   )    Bankruptcy Rule 9013,
                                         )    Bankruptcy Local Rule 3011-1)

On May 11, 2009, DISNEY ONLINE dba GO.COM c/o J. Armstrong Duffield filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

    1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

    2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

    3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

    4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____    5.   The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.   The name on the corporate seal does not match the name listed on the claim.

_____    7.   An original power of attorney was not submitted.

_____    8.   The Proof of Service has not been completed.

_____    9.   The Proof of Service is incomplete. The following is missing:

_____    10.  There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

__X__    11.  There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

__X__    12.  The Fictitious Business Name Statement provided is a photocopy & have not been certified.

_____    13.  Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____    14.  Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____    15.  Fund locator submitting this claim has failed to register with this court.

_____    16.  No proof of identification provided (driver's license/passport).

_____    17.  Other:

_____        __6/4/09__
United States Bankruptcy Judge                Date
JUST - REV