**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In Re:                                      )
    Express.Com, Inc.              )    Case No. 2:01-16136BR
                                   )    Chapter 7
        Debtor(s)      )

**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS**

I, under penalty of perjury under the laws of the United States of America, declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $110,104.71 deposited with the court on the following date of February 25, 2008, on behalf of Disney Worldwide Services, Inc., Parent Company to Disney Online which uses the fictitious name of Go.Com

2. Please complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____. The creditor is still legally entitled to the monies and I am authorized by the creditor to file this petition. Submit evidence establishing authority to act on behalf of the creditor

   ☐ c. I have appointed Keys Research as my lawful attorney-in-fact who is duly authorized by the attached original Agent Authorization.

   ☒ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because I have signed an Agent Authorization and declare that Keys Research is to be duly authorized to act on my behalf.

(Continued on next Page)
Motion for Order Releasing Unclaimed funds—Page 1 F 3011-1

| Motion for Order Releasing Unclaimed Funds – Page 2 | F 3011-1 |
|---|---|
| In Re:<br><br>Express.Com, Inc.<br><br><br>Debtor(s) | Case No. 2:01-16136BR<br>Chapter 7 |

3. Please complete each of the following subparagraphs:

    a. The following is the current address and phone number of Disney Worldwide Services, Inc.:

> 1180 Celebration Blvd. Suite 201
> Celebration FL 34747
> 321-939-7729

    b. A brief history of the creditor is as follows:

The original disbursement was not presented for payment within 90 days after issuance because the creditor did not receive the check at the address on the Trustee's Report of 1399 Moffet park, Sunnyvale, Ca 94089 because the business had moved.

The events relating to the acquisition of inventory and accounts receivables by Disney Worldwide Services, Inc. are attached.

4. I understand that, pursuant to the 18 U.S.C. §152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds – Page 3    F 3011-1

| In Re: Signator of Agent Authorization<br>Express.Com, Inc.<br>Debtor(s) | Case No. 2:01-16136BR<br>Chapter 7 |
|---|---|

_____
Signature

Milan K. Bendik
Print Name

1180 Celebration Blvd. #201
Address

Celebration FL 34747
City, State, Zip

321-939-6068
Current phone number

State of __Florida__    County of __Lake__

On __June 26, 2009__ before me, personally appeared
__Milan K. Berdik__

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My commission expires on __03/14/2010__

Revised May 2004. This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F3011-1

| In Re:<br>Express.Com, Inc.<br><br>Debtor(s) | Case No. 2:01-16136BR<br>Chapter 7 |
|---|---|

*(signature)*

Signature of Attorney-In-Fact

Charlene Keys, Keys Research, Owner

23630 SE 440th Street

Enumclaw WA 98022

(360) 825-7300

STATE OF WASHINGTON, COUNTY OF KING:

On July 1, 2009 before me, personally appeared Charlene J. Keys, (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

*(signature)*

Notary Public

My commission expires on _____



Presented by:

Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Motion for Order Releasing Funds – Page 5                                          F 3011-1

| In Re:                          | Case No. 2:01-16136BR |
| Express.Com, Inc.               |                        |
|                        Debtors | Chapter 7              |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of American that on July 1, 2009, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney                     United States Trustee's Office
312 North Spring Street                    725 S Figueroa, 26th Floor
Los Angeles CA 90012                       Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any.

R. Todd Neilson

2049 Century Park E #2300.

Los Angeles CA 90012

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any.

Express.Com, Inc.                          Joseph A. Eisenberg

7083 Hollywood Blvd.                       2121 Avenue of the Stars, 10th Fl.

Los Angeles CA 90028                       Century City CA 90067

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel.

Go.Com                                     unknown

1399 Moffett Park

Los Angeles CA 90028

July 1, 2009                               _Charlene J. Keys_, dba Keys Research
Date

Revised May 2004  This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California.                    F 3011-1

# *Keys Research* · Abandoned Funds Investigation & Recovery

23630 Southeast 440th Street, Enumclaw, WA 98022
360-825-7300
Fax 360-825-5482

July 1, 2009

U.S. Attorney
312 North Spring St.
Los Angeles, CA 90012

U.S. Attorney:

In compliance with Bankruptcy Court ruling and pursuant to 28 USC §2042, this letter is to serve notice of application to the U.S. Bankruptcy Court, Central District of California for the release of unclaimed funds owing to the following creditor:

| | |
|---|---|
| Case No. | 2:01-16136BR |
| Debtor | Express.Com, Inc. |
| Creditor | Go.Com |
| Amount | $110,104.71 |

This notice requires no action on your part.

Sincerely,

*Charlene J. Keys*

Charlene J. Keys
Keys Research

Cc:   US Trustee
      725 S Figueroa, 26th Fl.
      Los Angeles, CA 90017

*Licensed, Bonded, Better Business Bureau Member*

*Keys Research*. <u>Abandoned Funds Investigation & Recovery</u>

23630 Southeast 440th Street, Enumclaw, WA 98022
360-825-7300
Fax 360-825-5482

July 1, 2009

US Trustee
725 S. Figueroa 26th Fl.
Los Angeles, CA 90017

U.S. Trustee
In compliance with Bankruptcy Court ruling and pursuant to 28 USC §2042, this letter is to serve notice of application to the U.S. Bankruptcy Court, Central District of California for the release of unclaimed funds owing to the following creditor:

| | |
|---|---|
| Case No. | 2:01-16136BR |
| Debtor | Express.Com, Inc. |
| Creditor | Go.Com |
| Amount | $110,104.71 |

This notice requires no action on your part.

Sincerely,

*Charlene J. Keys*

Charlene J. Keys
Keys Research

1  R. Todd Neilson
   2049 Century Park East, Suite 2300
2  Los Angeles, CA  90067
   Telephone: (310) 556-0709
3  Facsimile: (310) 556-0766

4  Chapter 7 Trustee

6           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
7               LOS ANGELES DIVISION

9  In re                    ) Case No. 2:01-16136 BR
                             ) Chapter 7
10 EXPRESS.COM INC           )
                             )
11                           ) **NOTICE OF UNCLAIMED**
                             ) **DIVIDENDS**
12           Debtor.         ) 3011
                             )
13 _____ )

15 TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY
16 COURT:

17    Please find annexed hereto no checks in the sum of $284,753.39 representing the total
18 amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero
19 balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list
20 of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed
21 dividend is attached.

22 Dated: February 21, 2008

                                    _____
                                    R. TODD NEILSON
                                    Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:   Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:   20.795666%

AMOUNT/BALANCE TO DISTRIBUTE: $284,753.39

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | PAYMENT |
|---|---|---|---|
| 0010 | NEXTEL COMMUNICATIONS, INC.<br>10002 PARK MEADOWS DRIVE<br>LONE TREE, CO 80124 | $3,200.22 | $345.48 |
| 0013 | MEDIA BLASTERS<br>265 WEST 40TH STREET, STE. 700<br>NEW YORK, NY 10018 | $20,752.18 | $2,240.29 |
| 0014 | 3DO COMPANY<br>100 CARDINAL WAY<br>REDWOOD CITY, CA 94063 | $9,190.50 | $1,911.20 |
| 0015 | PLAY STATION MAGAZINE<br>DEPARTMENT 05710<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-0001 | $7,973.00 | $1,658.02 |
| 0016 | DREAMCAST<br>DEPARTMENT 05710<br>PO BOX 390<br>SAN FRANCISCO, CA 94139-0001 | $5,746.00 | $1,194.90 |
| 0017 | TOTAL MOVIE<br>DEPT 05710<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-0001 | $5,000.00 | $1,039.78 |
| 0018 | LONE EAGLE PUBLISHING COM<br>1024 NORTH ORANGE<br>LOS ANGELES, CA 90038 | $900.00 | $97.16 |
| 0019 | CREATIVE DESIGN ART, INC.<br>7325 ATOLL AVENUE<br>NORTH HOLLYWOOD, CA 91605 | $3,837.08 | $414.23 |
| 0020 | NEXT GENERATION<br>DEPARTMENT 05710<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-5710 | $6,659.00 | $1,384.76 |
| 0021 | JALECO USA, INC.<br>225 LARKIN DRIVE - UNIT 4<br>WHEELING, IL 60090 | $504.00 | $104.81 |
| 0022 | GO.COM<br>1399 MOFFETT PARK<br>SUNNYVALE, CA 94089 | $1,019,920.73 | $110,104.71 |
| 0028 | THE FRICK COMPANY<br>PO BOX 958078<br>ST. LOUIS, MO 63195-8078 | $192.72 | $20.80 |

## OFFICER'S CERTIFICATE OF AUTHORITY

This affirmation certifies that <u>Milan K. Bendik</u> (signer on the Agent Authorization) is the <u>Director of Finance Operations</u> of Disney Worldwide Services, Inc., Parent Company to Disney Online which uses the fictitious name of Go.com, and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owing to Go. com.

Signed: _____    (Must be signed by an Officer other than the signer on the Agent Authorization)

Name:   Mark Kingman

Title:   Senior Vice President

*Affix Corporate Seal*

Address: 1180 Celebration Blvd
Celebration, FL 34747

*PLEASE NOTE: Another corporate officer other than signator on Agent Authorization must sign this document.*

********************************************************************************

### NOTARY ACKNOWLEDGMENT

State of Florida, County of Lake _____ Acknowledged before me on June 26, 2009, by Mark Kingman _____ who says that he/she is Senior Vice President of the corporation named above and is authorized to execute this power in it's behalf.

Date: June 26, 2009

Notary Public
My commission expires 03/14/2010

NOTARY SEAL



Notary Public State of Florida
Kimberly Jean Yochum
My Commission DD528617
Expires 03/14/2010

## AFFIDAVIT OF PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, <u>Milan K. Bendik,</u> of Disney Worldwide Services, Inc., Parent Company to Disney Online which uses the fictitious name of GO.com the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I am the Director of Finance Operations of Disney Worldwide Services, Inc. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables for Disney Worldwide Services, Inc. and its subsidiaries, affiliates, outside counsel and acquisitions. Disney Worldwide Services, Inc. and its subsidiaries, affiliates and acquisitions may have numerous branch addresses, business locations, and payment centers, the addresses of which have changed, and/or been eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this 26 day of June, 2009.

Signed: _MKBendik_

****************************************************************************

## NOTARY ACKNOWLEDGMENT

State of _Florida_ County of _Lake_

ACKNOWLEDGED before me on this date _June 26, 2009_, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

NOTARY
SEAL

_Kimberly Jean Johns_
Notary Public
My commission Expires _03/14/2010_

## CORPORATE SEAL STATEMENT

Let it be known that I do hereby state, under the penalty of perjury, that the following statements are a true and correct reflection of the actual event.

I, Milan K. Bendik, Director of Finance Operations, of Disney Worldwide Services, Inc, Parent Company to Disney Online which uses the fictitious name of Go.com, no longer have access or availability to Corporate Seal. Disney Worldwide Services, Inc, its' subsidiaries, affiliates and acquisitions may have numerous branch addresses, business locations which may have been eliminated over time. In addition, the Corporate Seal may be in another office not located in our state, which will therefore be a burdensome task to acquire.

Dated: Jun 26, 2009

_____
Milan K. Bendik
Director of Finance Operations

Dated:_____

_____
Name and Title

## AGENT AUTHORIZATION

I, Milan Bendik, Director of Finance Operations, of Disney Worldwide Services, Inc., Parent Company to Disney Online which uses the fictitious name of Go.com,(Company) hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the total amount of $110,104.71 ONLY, less agreed upon fee, to the signatory below.**

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 6-26-09         SIGNED _____
                             Milan Bendik

*CORPORATE SEAL*       TAX ID Number 95-4545390

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.
Dated 6-26-09 Signed _____

..............................................................

### NOTARY ACKNOWLEDGMENT

State Florida, County of Lake

ACKNOWLEDGED before me on this date June 26, 2009, by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

*NOTARY SEAL*
Notary Public, State of Florida
Kimberly Jean Yochum
My Commission DD523617
Expires _____ 2010

NOTARY PUBLIC _____

My commission expires on 03/14/2010


Disney Worldwide Services, Inc.

# STATEMENT OF AUTHORITY

The undersigned, being first duly sworn, states that Milan K. Bendik, Director-Financial Services, Disney Worldwide Shared Services, is authorized to execute claim documents on behalf of The Walt Disney Company and its subsidiaries (the "Corporation") as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Corporation's behalf.

Dated: February 3, 2009.

By: _____
Marsha L. Reed
Vice President-Governance
Administration and Assistant Secretary

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

On February 3, 2009, before me, Meribeth Mercer, a Notary Public, personally appeared Marsha L. Reed, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MERIBETH MERCER
Commission # 1811184
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2012

_____
NOTARY PUBLIC

Seal

UNCLAIMED PROPERTY
Post Office Box 10410/ Lake Buena Vista, Florida 32830-0410

Part of the Magic of The Walt Disney Company    · Disney

# Go.com

From Wikipedia, the free encyclopedia

**Go.com** (also known as **The Go Network**) is a web portal first launched by Jeff Gold, and now operated by the Walt Disney Internet Group, which is a part of The Walt Disney Company. The portal includes content from ABC News, ESPN, and FamilyFun.com, all of which are associated with Disney and are hosted under a .go.com name. Along with TimeWarner's Pathfinder.com, Go.com proved to be an expensive failure for its parent company, as web users preferred to use search engines to access content directly, rather than start at a top-level corporate portal.



Go.com

Screenshot of Go.com used since January 1, 2006

| | |
|---|---|
| URL | www.go.com (http://www.go.com/) |
| Commercial? | yes |
| Type of site | web portal |
| Available language(s) | English |
| Owner | Walt Disney Internet Group |
| Created by | Walt Disney Internet Group |
| Launched | January 9, 1998 |
| Alexa rank | <100 |

Go.com was launched in 1995 by entrepeneur Jeff Gold (now president and chairman of the nonprofit World Environmental Organization), as an entertainment portal featuring one of the Internet's first web-based chat room networks. The site was affiliated with nearly 3,000 radio stations worldwide, and nearly 1 million people became members of the network, making it the second largest web-based chat network at the time. Go.com was acquired from Gold by the Walt Disney Company and redeveloped after Infoseek, created by Steve Kirsch, was merged into the Go.com network in 1998. The site originally started off as a search engine, using a distinctive green stoplight logo. However, in early 2000 Go.com was forced to abandon its logo because of a complaint of similar-looking logos filed by Goto.com [1] (http://en.wikipedia.org/wiki/Go.com#endnote_com.com) (A court later ruled that Go.com had to pay $21.5 million in damages to Goto.com). [2] (http://en.wikipedia.org/wiki/Go.com#endnote_SEW2)

In 1998, Disney expanded Go.com beyond the entertainment portal concept launched by Gold. In addition to its own content, the company used the site as a hub for other Disney-related sites, including ABC.com and Disney.com. Go.com also hosted personal web pages. In early 2000, with visits to the site dropping, Disney announced that the general portal would now focus more on entertainment. [3] (http://en.wikipedia.org/wiki/Go.com#endnote_SearchEngineWatch)

Almost all Disney/ABC sites migrated to the Go.com domain, and the site was mentioned at the end of programs on ABC/Disney networks often (for example at the end of a program on ESPN, the end line was "For more visit ESPN.com, part of the Go Network", while the logo was displayed on-screen, or at the end of an ABC News program, the bumper would freeze frame at the end while the logo animates, accompanied by "ABCNews.com is now a part of the Go Network.").

However, in January 2001, Disney announced that it would be closing Go.com and its search engine, laying off approximately 400 employees and retiring the go.com tracking stock. [4] (http://en.wikipedia.org/wiki/Go.com#endnote_internet.com)

Despite its announcement, go.com never ceased operations. Instead, in March 2001, the site ended its search engine and switched to a search engine provided by goto.com. [5] (http://en.wikipedia.org/wiki/Go.com#endnote_SEW2) Go.com currently uses a search engine powered by Yahoo! and features content and news from its family of sites.

ABC's broadcast, cable, and owned and operated television station sites (excepting sites for the Disney Channel networks and ABC Family) continue to be hosted on the go.com domain, although a base address is used for branding and simplicity purposes; the ESPN site address redirects from espn.com (http://www.espn.com/) to espn.go.com (http://espn.go.com/), for instance, while the site for WABC-TV redirects from 7online.com (http://www.7online.com/) to abclocal.go.com/wabc/ (http://abclocal.go.com/wabc/).



Go.com's original logo used from January 9, 1998 to January 31, 2001

Go.com's second logo used from February 1, 2001 to December 31, 2005

## Notes

1. ^ January 28, 2000 - Judge bars Disney from using Go.com logo (http://news.com.com/2100-1023-236221.html)
2. ^ February 3, 2000 - Go Going Elsewhere, Loses Logo (http://searchenginewatch.com/sereport/article.php/2162291)
3. ^ January 29, 2001 - Disney to Discontinue Go.com Portal (http://siliconvalley.internet.com/news/article.php/5321_573361)
4. ^ March 15, 2001 - Go.com Becomes GoTo (http://searchenginewatch.com/sereport/article.php/2163501)

## External links

- Go.com (http://www.go.com/)

Retrieved from "http://en.wikipedia.org/wiki/Go.com"
Categories: Entertainment websites | American websites | Web portals | Internet properties established in 1995 | Walt Disney Company subsidiaries

- This page was last modified on 22 October 2008, at 00:02.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

YOUR RETURN MAILING ADDRESS
NAME: Terry Riggins
ADDRESS: 500 South Buena Vista Street
CITY: Burbank
STATE: CA    ZIP CODE: 91521

LOS A    11/13/08    RK



20082003000

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)
- ☐ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)  ☒ New Filings- $23.00-
- ☐ Refile- $18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)    (CHANGES IN FACTS FROM ORIGINAL FILING-REQUIRES PUBLICATION)
$4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

\* 1. Go.com    2. Walt Disney Internet Group
Print Fictitious Business Name(s)

\*\* 500 South Buena Vista Street    |    500 South Buena Vista Street
Street address of principal place of business    Mailing address if different
Burbank    CA    91521    Los Angeles    |    Burbank,    CA    91521
City    State    Zip    COUNTY    City    State    Zip

Articles of Incorporation or Organization Number (if applicable): AI #ON 2369253

\*\*\* REGISTERED OWNER(S):

1. Disney Online
Full Name/Corp/LLC
500 South Buena Vista Street
Residence Address (P.O. Box not accepted)
Burbank,    CA    91521
City    State    Zip
California
If Corporation or LLC – Print State of Incorporation/Organization

2. _____
Full Name/Corp/LLC
_____
Residence Address (P.O. Box not accepted)
_____
City    State    Zip
_____
If Corporation or LLC – Print State of Incorporation/Organization

3. _____
Full Name/Corp/LLC
_____
Residence Address (P.O. Box not accepted)
_____
City    State    Zip
_____
If Corporation or LLC – Print State of Incorporation/Organization

4. _____
Full Name/Corp/LLC
_____
Residence Address (P.O. Box not accepted)
_____
City    State    Zip
_____
If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

\*\*\*\* THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual    ☐ a General Partnership    ☐ a Limited Partnership    ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership    ☒ a Corporation    ☐ a Trust    ☐ Copartners
☐ Husband and Wife    ☐ Joint Venture    ☐ State or Local Registered Domestic Partners    ☐ a Limited Liability Partnership

\*\*\*\*\* The registrant commenced to transact business under the fictitious business name or names listed above on 05/14/02
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANTS/CORP/LLC NAME (PRINT) Disney Online    TITLE Secretary
REGISTRANT SIGNATURE _____    Marsha L. Reed

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN LOGAN, LOS ANGELES COUNTY CLERK    BY: _____, Deputy

Rev. 01/01/08    P.O. BOX 53592, LOS ANGELES, CA 90053-0592    PH: (562) 462-2177    WEB ADDRESS: LAVOTE..NET

EX1464057





### Disney Worldwide Services, Inc.

---

**Milan Bendik**
Director, Finance Operations
Disney Worldwide Shared Services



### Disney Worldwide Services, Inc.

| | |
|---|---|
| 1180 Celebration Blvd., Suite 201 | *Mailing Address:* |
| Celebration, FL 34747 | P.O. Box 10000 |
| 321-939-7729  Fax 321-939-7752 | Lake Buena Vista, |
| Pager 800-691-4399 | Florida 32830-1000 |
| milan.k.bendik@disney.com | |

Part of the Magic of The Walt Disney Company    © Disney

---

**Mark Kingman**
Senior Vice President



### Disney Worldwide Services, Inc.

| | |
|---|---|
| 1180 Celebration Blvd., Suite 201 | *Mailing Address:* |
| Celebration, FL 34747 | P.O. Box 10000 |
| 321-939-7785  Fax 321-939-7752 | Lake Buena Vista, |
| mark.s.kingman@disney.com | Florida 32830-1000 |

Part of the Magic of The Walt Disney Company    © Disney

---

UNCLAIMED PROPERTY
Post Office Box 10410/ Lake Buena Vista, Florida 32830-0410

Part of the Magic of The Walt Disney Company    © Disney

# Disney Worldwide Services, Inc.

## Consolidated Entity Schedule
## Escheatment Reporting

| The Walt Disney Company Affiliates | FEI # |
|---|---|
| ABC Holding Co., Inc.* | 13-3331710 |
| ABC Radio Network, Inc. | 13-3331730 |
| American Broadcasting Companies, Inc. | 13-3331738 |
| Anaheim Sports, Inc.* | 95-4125190 |
| Buena Vista Entertainment, Inc.* | 95-4186830 |
| Disney Channel | 95-2592972 |
| Disney Consumer Products, Inc.* | 95-4073590 |
| Disney Incorporated | 95-1749869 |
| Disney Realty, Inc. | 95-2624010 |
| Disney Regional Entertainment* | 95-4593136 |
| Disney Worldwide Shared Services Recovery | 95-4545390 |
| Disneyland, Inc. | 95-2489142 |
| ESPN Enterprises, Inc.* | 13-3526963 |
| Euro Disney Corporation | 95-4109138 |
| Go.Com | 95-4691733 |
| Hollywood Pictures Corporation* | 95-3983420 |
| Infoseek Corporation | 77-0353450 |
| Imprint, Inc. | 06-0856983 |
| Los Angeles Magazine Holding Co., Inc.* | 13-3331702 |
| Miramax Film Corp. | 16-1139228 |
| Palm Financial Services | 59-3039580 |
| SoapNet Productions, Inc. | 95-4801988 |
| Starwave Corporation | 91-1544629 |
| Supercomm International, Inc. | 75-2570777 |
| TDC Distribution Corporation | 95-4094379 |
| The Celebration Company* | 59-3125104 |
| The Disney Store, Inc.* | 95-4127358 |
| The Inn Corporation | 95-4399541 |
| The Walt Disney Catalog, Inc. | 95-4180728 |
| Toon Town, Inc. | 95-4049550 |
| Touchstone Pictures, Inc. | 95-4089306 |
| Vista Communications, Inc. | 95-2624011 |
| Walt Disney Imagineering | 95-4600124 |
| Walt Disney Travel Co., Inc. | 95-2553603 |
| Walt Disney World | 95-2412883 |
| WCO Parent Corporation* | 95-1910455 |
| Weehawken Corporation | 13-3505627 |
| Wilson Publishing Company, Inc. | 05-0246264 |

*Parent Company--smaller entity detail listing available upon request.