ENTERED
JUL 16 2009

FILED
JUL 14 2009

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. LA01-16136BR |
| | ) | ORDER TO PAY UNCLAIMED FUNDS |
| EXPRESS.COM, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | |

It appears that a check made payable to GO.COM in the amount of $110,104.71, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on March 10, 2008 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that DISNEY WORLDWIDE SERVICES, INC. for GO.COM c/o Keys Research now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $110,104.71 to GO.COM c/o Keys Research, 23630 SE 440th Street, Enumclaw, WA 98022.

_____
United States Bankruptcy Judge

7/14/09
Date

JUDGE - REV. 04/00